**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **PIPE FITTERS LOCAL UNION NO. 120 INSURANCE FUND,** *et al.*, | CASE NO. 1:19-CV-2919 |
| Plaintiffs, | |
| v. | |
| **COLEMAN SPOHN CORPORATION,** | **MAGISTRATE JUDGE JONATHAN D. GREENBERG** |
| Defendant. | **AGREED ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ.P. 41(a), the parties hereby agree to an order of dismissal with prejudice of this action, except that the Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into by the parties.

                                                                         Respectfully submitted,

| | |
|---|---|
| */s/ Bernard Mandel (by consent)* | /s/ *Joseph C. Hoffman, Jr.* |
| Bernard Mandel (Ohio Bar No. 0030988) | Joseph C. Hoffman, Jr. (Ohio Reg. No. 0056060) |
| 1775 East 45th Street | Jonah D. Grabelsky (Ohio Reg. No. 0089009) |
| Cleveland, OH 44103 | Faulkner, Hoffman & Phillips, LLC |
| Phone: (216) 391-6680 | 20445 Emerald Parkway Dr., Suite 210 |
| Email: mandel@ix.netcom.com | Cleveland, Ohio 44135-6029 |
| | Phone: (216) 781-3600 |
| *Counsel for Defendant* | Fax:    (216) 781-8839 |
| | Email: hoffman@fhplaw.com |
| | Email: grabelsky@fhplaw.com |
| | |
| | *Counsel for Plaintiffs* |

                                                                        **SO ORDERED:**

Date:  8/28/2020                                            s/Jonathan D. Greenberg
                                                                             United States Magistrate Judge